```
 1  DEBRA WONG YANG
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    KAREN H. SHELTON
 4  Assistant United States Attorney
    California Bar Number:  212842
 5      Room 7516 Federal Building
        300 North Los Angeles Street
 6      Los Angeles, California 90012
        Telephone: (213) 894-8821
 7      Facsimile: (213) 894-7819

 8  Attorney for Federal Defendants
    UNITED STATES CITIZENSHIP AND
 9  IMMIGRATION SERVICES,
    JANE ARELLANO, DIRECTOR OF CIS
10  CALIFORNIA SERVICE CENTER;
    EMILIO GONZALEZ, DIRECTOR OF CIS;
11  MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF
    HOMELAND SECURITY;
12  ALBERTO R. GONZALES, ATTORNEY GENERAL
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2006
CENTRAL DISTRICT OF CALIFORNIA
BY  sc  DEPUTY

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
CLERK, U.S. DISTRICT COURT
SEP 18 2006
5:00 p.m.
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VLADIMIR GALKIN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | No. CV 06-4375 PA <br><br> **STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

**IT IS HEREBY STIPULATED,** by and between the parties through their undersigned counsel, subject to Court approval, that Defendants have an additional 30 days, up to and including October 18, 2006, to answer, plead or otherwise respond to the

6

DOCKETED ON CM
SEP 21 2006
12

Plaintiff's complaint. This extension of time is needed to see if the parties may resolve the matter voluntarily.

Respectfully submitted,

DATED: September 18, 2006.    HANLON & GREENE, A PROFESSIONAL CORP.

COLIN T. GREENE
Attorneys for Plaintiff

DATED: 9/18, 2006.    DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

KAREN H. SHELTON
Assistant United States Attorney
Attorneys for Defendants

ORDER

IT IS SO ORDERED.

9/19/06

UNITED STATES DISTRICT COURT JUDGE

2